

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| MEC:FTB | *271 Cadman Plaza East* |
| F. #2015R00524 | *Brooklyn, New York 11201* |

August 11, 2020

<u>By ECF and Courtesy Copy by Interoffice Mail</u>

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Donal O'Sullivan, Helen O'Sullivan
       and Padraig Naughton
       <u>Criminal Docket No 20 Cr. 272(PKC)</u>

Dear Judge Chen:

  Pursuant to the Court's August 7, 2020 Order in the above-captioned matter, the government respectfully submits the accompanying Proposed Protective Order relating to the disclosure of grand jury information.

            Respectfully submitted,

            SETH D. DuCHARME
            Acting United States Attorney

      By:  /s /Martin E. Coffey
            Martin E. Coffey
            Assistant U.S. Attorney
            (718) 254-6157

cc: Sean F. O'Shea
   Attorney for Donal O'Sullivan

Case 1:20-cr-00272-PKC   Document 24   Filed 08/11/20   Page 2 of 2 PageID #: 70