

U.S. Department of Justice

United States Attorney
Eastern District of New York

MEC/FTB
F. #2015R00524

271 Cadman Plaza East
Brooklyn, New York 11201

August 18, 2020

By E-mail and ECF

Sean F. O'Shea, Esq.
Cadwalader, Wickersham and Taft, LLP
200 Liberty Street
New York, New York  10281

   Re: United States v. Donal O'Sullivan et al.
     Criminal Docket No. 20-272 (PKC)

Dear counsel:

   Pursuant to the Court's order in the above-captioned matter, see ECF Order, dated August 7, 2020, the government hereby provides to defense counsel data relating to the county of residence, zip code, race and age of the individuals listed in the Master Jury Wheel from which the regular Wednesday Central Islip Grand Jury, which was empaneled on October 10, 2019, was selected.

          Very truly yours,

          SETH D. DuCHARME
          Acting United States Attorney

     By: /s/ F. Turner Buford
        Martin E. Coffey
        F. Turner Buford
        Assistant U.S. Attorneys
        (718) 254-6157/6483

cc: Clerk of the Court (PKC) (without attachments)

Attachments