

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MEC.mec
F. #2015R00524

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 29, 2020

<u>By ECF</u>

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Donal O'Sullivan et al.
     <u>Criminal Docket No. 20-272 (PKC)</u>

Dear Judge Chen:

   I write to inform the Court that I have previously submitted paperwork to retire from the United States Attorney's Office effective December 31, 2020. I will no longer appear for the government in this matter after that date. It has been a privilege to appear before your Honor and the other Judges of the Eastern District of New York.

          Respectfully submitted,

          SETH D. DuCHARME
          Acting United States Attorney

     By:  /s/Martin E. Coffey
          Martin E. Coffey
          Assistant U.S. Attorney
          (718) 254-6157

cc: Counsel of Record